UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GUADALUPE HERNANDEZ-RIOS,

       Defendant.
_____/     **INDICTMENT**

    The Grand Jury charges:

### Alien Felon Reentry

    On or about January 28, 2024, in Allegan County, in the Western District of Michigan, Southern Division,

GUADALUPE HERNANDEZ-RIOS,

being an alien who had previously been removed after having been convicted of a felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

                    A TRUE BILL

                    [ /s/ Redacted ]
                    GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_/s/ Donald Daniels_
DONALD DANIELS
Assistant United States Attorney